UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARIUS SIMS,<br><br>            Plaintiff,<br><br>   v.<br><br>JOE A. LIZARRAGA, et al.,<br><br>            Defendants. | No. 2:16-cv-0204 AC P<br><br><br>ORDER |

      Plaintiff, a state prisoner proceeding pro se, seeks relief pursuant to 42 U.S.C. § 1983. By order filed July 24, 2017, plaintiff's complaint was screened and he was given the option to proceed immediately on his deliberate indifference claims against defendants Clark-Barlow and Guzman and his retaliation claims against defendants Sisneroz, Guzman, Saechao, and Collins or to amend the complaint. ECF No. 18. Plaintiff has now notified the court that he would like to amend the complaint. ECF No. 21 at 2.

      Accordingly, IT IS HEREBY ORDERED that:

      1. Plaintiff shall have thirty days from the service of this order to file an amended complaint as outlined in the July 24, 2017 screening order. If plaintiff fails to file an amended complaint, the case will proceed on the original complaint as screened and the claims against defendants Ramm, Ball, Lee, Lizarraga, Davis, Cantu, Murphy, O'Conner, Moeckly, Green, Beasley, and Sepulveda and any claims against defendants Clark-Barlow, Sisneroz, Guzman,

1

1 | Saechao, and Collins not identified in Section IV of the screening order will remain dismissed
2 | without prejudice.
3 |     2. The Clerk of the Court is directed to send plaintiff a copy of the prisoner complaint
4 | form used in this district.
5 |     IT IS SO ORDERED.
6 | DATED: August 17, 2017

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE