UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARIUS SIMS,<br><br>    Plaintiff,<br><br>  v.<br><br>JOE A. LIZARRAGA, et al.,<br><br>    Defendants. | No. 2:16-cv-0204 JAM AC P<br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 15, 2019, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. ECF No. 27. Plaintiff has not filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed March 15, 2019 (ECF No. 27), are adopted in full; and

2. For the reasons set forth in Section III of the February 12, 2019 screening order (ECF No. 25 at 6-11), the claims against (1) Ramm, Collins, and Ball for deliberate indifference; (2) Lizarraga, Davis, Cantu, Murphy, O'Conner, Moeckly, Green, Beasley, and Sepulveda for conspiring to allow retaliation by their subordinates; (3) unspecified individuals for denial of access to the courts; and (4) Murphy, O'Conner, Moeckly, Green, Beasley, and Sepulveda for denial of due process in connection with disciplinary hearings are dismissed without prejudice.

DATED: May 17, 2019

/s/ John A. Mendez
UNITED STATES DISTRICT COURT JUDGE