UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARIUS SIMS,<br><br>              Plaintiff,<br><br>    v.<br><br>J. CANTU, et al.,<br><br>              Defendants. | No. 2:16-cv-0204 JAM AC P<br><br><br>FINDINGS AND RECOMMENDATIONS |

      A statement noting the death of plaintiff Darius Sims was filed on October 24, 2019, ECF No. 40, and personal service made on plaintiff's potential successor on October 31, 2019, ECF No. 42. Pursuant to Federal Rule of Civil Procedure 25(a)(1), if a motion for substitution "is not made within 90 days after service of a statement noting the death, the action by or against the decedent must be dismissed." That time period has now expired and no motion for substitution has been filed.

      Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed.

      These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after service of these findings and recommendations, any written objections may be filed with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Any response to the objections shall be filed and served within fourteen

days after service of the objections.  Failure to file objections within the specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

DATED: January 30, 2020

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE